IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAYNARD STRUCK, ESQ., as
Guardian ad Litem for M.P. a minor,
S.P.R. a minor, and S.R.R., a minor,

    Plaintiff,

v.                                                       No. 1:18-cv-00139-KG-JHR

ALBUQUERQUE PUBLIC SCHOOLS, and
MICHAEL STOLDT,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties' Joint Motion for Order of Dismissal with Prejudice, the Court, having considered the Joint Motion finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims in this matter are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED AND APPROVED BY:**

CURTIS AND LUCERO

By: */s/ Laura Callanan*
    Laura Callanan (laura@curtislawfirm.org)
    Lisa K. Curtis (lisa@curtislawfirm.org)
    *Attorneys for Plaintiffs*
    215 Central Avenue, NW
    Third Floor
    Albuquerque, NM 87102
    505-243-2808
    Fax 505-242-0812

AND

ROBLES, RAEL & ANAYA, P.C.

By: */s/ Douglas E. Gardner*
Douglas E. Gardner (douglas@roblesrael.com)
*Attorneys for Defendant Stoldt*
500 Marquette Avenue, NW, Suite 700
Albuquerque, NM 87102
505-242-2228
Fax 505-242-1106

AND

MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.

By: */s/ Megan T. Muirhead*
    Megan T. Muirhead
    Jennifer G. Anderson
    *Attorneys for Defendant APS*
    P. O. Box 2168
    Albuquerque, NM 87103-2168
    505-848-1800
    Fax 505-848-9710